UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.:25-CV-62453-WPD

BRIDGET QUINN

    Plaintiff,

vs.

TRANSOCEANIC CABLE SHIP
COMPANY, LLC nka SUBCOM LLC

    Defendant(s).
_____/

## ORDER GRANTING PLAINTIFF BRIDGET QUINN'S EX PARTE MOTION TO SEAL EXHIBITS TO COMPLAINT

THIS CAUSE came before the Court on Plaintiff Bridget Quinns Ex Parte Motion to Seal Exhibits to Complaint (the Motion) [DE 7]. The Court, having reviewed the Motion, the record, and being otherwise fully advised in the premises, hereby finds as follows:

1. Plaintiff seeks to file under seal two exhibits referenced in her Complaint.

2. The first exhibit is a Contract between Plaintiff and Defendant dated August 2020, which is designated as confidential on the face of the document itself, and contains proprietary information related to the parties' maritime employment relationship.

3. The second exhibit is a composite of two Defense Counterintelligence and Security Agency (DCSA) Investigative Forms, which are Privacy Act-protected records containing sensitive information used for determining eligibility for hiring in federal agencies and issuing of national security clearances. Plaintiff alleges the DCSA forms contain defamatory and false statements about her, and the crux of this case seeks to prevent further disclosure of the forms.

4. Good cause exists to seal both exhibits to Plaintiff's Complaint, based on the proprietary and privacy-protected nature of the information contained therein.

5. The first exhibit, the Contract between the parties hereto, explicitly states on its face that it is "a confidential matter," establishing the parties' legitimate and reasonable expectation in maintaining confidentiality of the proprietary and regulated maritime employment information contained therein. Public disclosure would undermine the parties' contractual expectations and potentially harm their business relationships.

6. The second composite exhibit, the DCSA investigative forms, are privacy protected documents, containing sensitive and regulated information which the federal government uses for hiring decisions, and issuance of national security clearances. This Court will not undermine federal privacy protections with regard to these forms. Furthermore, Plaintiff has an interest, at this time, in preventing further disclosure of allegedly defamatory information within the forms.

**Accordingly, it is hereby ORDERED AND ADJUDGED as follows:**

1. Plaintiffs Ex Parte Motion to Seal Exhibits to the Complaint [DE 7] is **GRANTED**.
2. Plaintiff is permitted to file under seal the two exhibits to her Complaint:
3. The sealed exhibits shall remain under seal until further Order of the Court.
4. This Order shall not be filed under seal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this day of 15th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge