UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-62453-WPD

BRIDGET QUINN,

    Plaintiff,

vs.

TRANSOCEANIC CABLE SHIP COMPANY, LLC
nka SUBCOM LLC.,

    Defendant.
_____/

## NOTICE

THIS CAUSE is before the Court *sua sponte*.

The Court hereby provides notice to all parties that Philip E. Rothschild, one of the attorneys representing Defendant Transoceanic Cable Ship Company, LLC, was a law clerk in the undersigned's chambers from 1998-2002.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record